**Donna Marie ZAHID, Plaintiff–Appellant,**

v.

**Patricia HUFFMAN; D. Parrish, Defendants–Appellees.**

No. 02–7789.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Donna Marie Zahid, Appellant Pro Se.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donna Marie Zahid appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Zahid v. Huffman,* No. CA–2–1035–7 (W.D.Va.

Nov. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*